

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

JAN 10 2008

January 10, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-14-08

**By Facsimile**

Honorable William H. Pauley III
United States District Judge
United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

Re: <u>United States v. Carlos Cespedes,</u>
07 Cr. 842 (WHP)

Dear Judge Pauley:

The Government respectfully requests a two-week adjournment of the sentencing hearing, currently scheduled for January 11, 2008, in the above-referenced matter. Due to the holiday break, several credit card companies, vendors, and individual credit card holders were unable to submit the requested victim impact statements relating to the defendant's criminal conduct. The Government submits that these statements will be critical to imposing an appropriate sentence and ensuring accurate restitution allocations.

I have sought defense counsel's consent to this brief adjournment, but as of the time of this writing, have not received his response.

Respectfully submitted,

*Application Granted. Sentencing adjourned to 1-25-08 at 3:15PM.*

MICHAEL J. GARCIA
United States Attorney

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
1-10-08

By: _____
Kenneth A. Polite
Assistant United States Attorney
(212) 637-2412

cc: Allan P. Haber, Esq. (via facsimile)