USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

UNITED STATES OF AMERICA

- v -

CARLOS CESPEDES,

                Defendant.

---------------------------------------------------------

ORDER

07 Cr. 842 (WHP)

      WHEREAS, with the consent of defendant Carlos Cespedes, his guilty plea allocution was taken before a United States Magistrate Judge on October 19, 2007;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of that transcript, ths Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
          ~~November~~ 29, 2007
          January

                                              WILLIAM H. PAULEY III
                                              UNITED STATES DISTRICT JUDGE